K.P. DEAN HARPER (# 127474)
STEVEN P. MCFARLANE (# 240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: dharper@bowlesverna.com
       smcfarlane@bowlesverna.com

Attorneys for Defendants
BayCal Financial Corp; Anthony Chi Kit Tsia; John Chi Keung Tsia; Jay Yu Fung, aka Jia Yu Feng; Alan Lin Chung Ngai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, | CASE NO.: C 11-03732 JCS |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
| vs. | |
| BAYCAL FINANCIAL CORPORATION, d/b/a BAYCAL FINANCIAL MORTGAGE CORP; ANTHONY CHI KIT TSIA; JOHN CHI KEUNG TSIA; JAY YU FUNG a/k/a JIA YU FENG; ALAN LIN CHUNG NGAI; ROBERT PETERSON, d/b/a PETERSON APPRAISAL GROUP; KELLY BUI; and JOSEPH CHAV, | |
| Defendants. | |

The Court having considered the Stipulation for Dismissal of Action, Without Prejudice, and for good cause shown, hereby ORDERS:

1.  All the claims of Plaintiff FLAGSTAR BANK, F.S.B., in the above-captioned action are hereby dismissed, without prejudice, and without interest or costs to any party.

2.  This Court shall retain jurisdiction and may set aside this Order for the purpose of entering a consent judgment in the event of a default under the parties' Settlement Agreement dated October 24, 2011.

//

1  IT IS SO ORDERED.

3  Dated: January 12, 2012

_____
Hon. Joseph Spero, United States Magistrate Judge

*(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)*